**In re Petition for DISCIPLINARY ACTION AGAINST William P. KASZYNSKI, an Attorney at Law of the State of Minnesota.**

No. C4–99–1780.

Supreme Court of Minnesota.

June 9, 2000.

ORDER

Based upon the recommendation of the referee of this court in the above-entitled matter that respondent William P. Kaszynski be disbarred, and pursuant to Rule 16(e), Rules on Lawyers Professional Responsibility,

IT IS HEREBY ORDERED that respondent William P. Kaszynski is temporarily suspended from the practice of law pending final disposition of this matter.

BY THE COURT:

Alan C. Page
Associate Justice